UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MORENO CRUZ CHRISTIAN CAMILO,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondent.

Case No. 5:26-cv-02414-HDV-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 27). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered GRANTING Claim 1 and DENYING Claim 2 as moot. The Court adopts the ruling in its order granting the preliminary injunction (Dkt. 16) as the Court's final ruling on the merits as to Claim 1 and grants the requested prospective relief. Specifically,

Respondents may not re-detain Petitioner without first following all procedures set forth in 8 C.F.R. § 241.13(i) and any other applicable statutory and regulatory procedures. To the extent Petitioner requests an order enjoining re-detention for any reason until Petitioner's pending asylum case is concluded, the Court declines to grant such relief. To the extent Petitioner seeks further relief, those requests are dismissed without prejudice as moot.

DATED: 8/17/26

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE