JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORENO CRUZ CHRISTIAN CAMILO,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondent. | Case No. 5:26-cv-02414-HDV-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that Petition is partially GRANTED. Claim 1 is GRANTED and Claim 2 is DENIED as moot.

DATED: 08/17/26__________

Hon. Hernan D. Vera
UNITED STATES DISTRICT JUDGE